UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOREEN BRIGGS,<br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　Defendant. | Civil Action No.<br>09-11902-LTS |

~~(PROPOSED)~~ ORDER AND ENTRY OF JUDGMENT
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)
WITH REVERSAL AND REMAND OF THE CASE TO THE DEFENDANT

In accordance with the Court's allowance of the Defendant's Assented To Motion For Entry Of Judgment Under Sentence Four of 42 U.S.C. § 405(g), With Reversal and Remand of the Case to the defendant

IT IS HEREBY ORDERED THAT this action be remanded for further administrative proceedings as described in the Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to the Defendant.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

SO ORDERED this __1st__ day of __April_____, 2010.

_____
HONORABLE LEO T. SOROKIN
United States District Court